# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAM T. JEWELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-12-424-JHP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

Pursuant to this Court's Order granting Petitioner's Motion to Quash, the Court enters judgment for the Petitioner and against the Respondent.

**IT IS SO ORDERED** this 7th day of March, 2013.

James H. Payne
United States District Judge
Eastern District of Oklahoma